# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **PAUL REARDON,** *on behalf of himself and all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>**GOODPRESS PUBLISHING L.C. d/b/a SIMPLY THE BEST DIGITAL MARKETING and THOUGHTLY, LLC,**<br><br>*Defendants.* | Civil Case No.: 1:24-cv-02322-TRJ |

### PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT WITH DEFENDANT THOUGHTLY, LLC

Plaintiff, by counsel, hereby files his Motion to Enforce Settlement Agreement with Defendant Thoughtly, LLC ("Thoughtly"). Plaintiff shows that he and Thoughtly entered into a settlement agreement to resolve his claims in the case against Thoughtly on an individual basis and filed a Notice of Settlement (Dkt. No. 29). Defendant Thoughtly has now advised it does not plan to honor the settlement. Plaintiff seeks an order enforcing it and awarding Plaintiff his attorney's fees and costs for having to file this motion. A memorandum in support and proposed order are filed herewith.

This 1st day of July, 2025.

/s/ John A. Love
John A. Love, Esq.
Love Consumer Law
2500 Northwinds Parkway
Suite 330
Alpharetta, GA 30009
(404) 855-3600
tlove@loveconsumerlaw.com

Max S. Morgan, Esq.*
**THE WEITZ FIRM, LLC**
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
Max.morgan@theweitzfirm.com

*Counsel for Plaintiff and the proposed class*

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE, FONT, AND MARGINS**

I certify that I have on this day filed and served the within and foregoing motion with the Clerk of Court using the CM/ECF electronic filing system to all counsel of record. I have also delivered a copy to Thoughtly, LLC's representative via email.

**CERTIFICATE OF FONT AND MARGINS**

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This 1st day of July, 2025.

*/s/ John A. Love*
John A. Love